In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-21-00050-CV
_____

PAUL ANTHONY MITCHELL, Appellant

V.

OFFICE OF THE ATTORNEY GENERAL, Appellee

On Appeal from the County Court at Law No. 1
Brazos County, Texas
Trial Cause No. 13-002109-CV-CCL1

**MEMORANDUM OPINION**

Appellant Paul Anthony Mitchell, acting pro se, filed a notice of appeal and an affidavit of inability to pay costs. We notified Mitchell that he had failed to complete and return a docketing statement and a statement of inability to afford payment of court costs in the form as directed by the Clerk of the Court on March 12, 2021. Mitchell failed to respond and failed to comply with a notice from the

1

Clerk of the Court requiring a response within a specified time. See Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed.[1] *See id.*

     APPEAL DISMISSED.

                             PER CURIAM

Submitted on July 14, 2021
Opinion Delivered July 15, 2021

Before Golemon, C.J., Kreger and Johnson, JJ.

---

[1] This case was transferred to this Court from the Tenth Court of Appeals in Waco, Texas, pursuant to a docket equalization order. *See* Tex. Gov't Code Ann. § 73.001.